**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1505**

JERRY GORALSKI LAMB,

Plaintiff - Appellant,

v.

CARLOS DEL TORO, Secretary of the Navy; UNITED STATES OF AMERICA; TERRENCE O'CONNELL; RICHARD PAQUETTE,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Lydia Kay Griggsby, District Judge.  (8:19-cv-03469-LKG)

Submitted:  March 12, 2024                                Decided:  March 14, 2024

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Goralski Lamb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Goralski Lamb appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Lamb v. Del Toro*, No. 8:19-cv-03469-LKG (D. Md. Apr. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*